FILED
March 26, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THOMAS L. BARNETT, ) <br> Defendant. ) <br> ) | Case No. 2:19-mj-00046-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, THOMAS L. BARNETT, Case No. 2:19-mj-00046-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   **X**   Release on Personal Recognizance

   ___   Bail Posted in the Sum of: $

        ___   Co-Signed Unsecured Appearance Bond

        ___   Secured Appearance Bond

        **X**   (Other) <u>Conditions as stated on the record.</u>

        **X**   (Other) <u>The Defendant was ordered to appear in the Eastern District of Virginia (Norfolk) on 5/1/2019 at 2:30 p.m. before Magistrate Judge Robert J. Krask.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>3/26/2019</u>  at <u>2:16 p.m.</u>

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge