HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
THOMAS BARNETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-MJ-00046-EFB |
|---|---|
| Plaintiff, | ) REQUEST AND [~~PROPOSED~~] ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. §4285 |
| v. | |
| THOMAS BARNETT, | ) Duty Judge:   Hon. Allison Claire |
| Defendant. | |

**BACKGROUND**

Mr. Thomas Barnett is charged in the Eastern District of Virginia, with a felony in case number 2:19-cr-00047-RBS-LRL-5. Mr. Barnett lives in Sacramento, California, and first appeared in this Court on Friday, Tuesday March 26, 2019, under Federal Rule of Criminal Procedure 5. He was ordered released from custody.

That day, this Court ordered him to appear in the Eastern District of Virginia (Norfolk) at **2:30 p.m.** on **May 1, 2019**, before the Honorable Judge Robert J. Krask. Mr. Barnett has been appointed counsel in this District and the Eastern District of Virginia. He is unable to pay for airfare and transportation to and from Virginia, especially on short notice.

-1-

Mr. Barnett will need to be in the Virginia courthouse before the judge at 2:30 p.m. on May 1, 2019, Mr. Barnett must fly out from Sacramento on April 30, 2019, and spend the night in Norfolk, Virginia prior to his court appearance in order to timely make his court appearance.

**LAW**

If the Court finds that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own" then the Court may order the U.S. Marshal Service to arrange for the person's noncustodial transportation to appear in court. The U.S. Marshal Service may also be authorized to provide money for subsistence as provided for under 5 U.S.C. §5702(a). See 18 U.S.C. § 4285. This statute applies where a defendant is released in one district on a condition of her subsequent appearance "another judicial district in which criminal proceedings are pending." 18 U.S.C. §4285.

**REQUEST**

The facts presented indicate that Mr. Barnett is unable to pay for the cost of his transportation to the Eastern District of Virginia, for his required court appearance on May 1, 2019, as set by the Eastern District of Virginia. Accordingly, Mr. Barnett requests that this Court order payments pursuant to 18 U.S.C. § 4285 for transportation from Sacramento, California to the court in Norfolk, Virginia and subsistence. Mr. Barnett also requests this Court order return transportation from Norfolk, Virginia, to Sacramento, California on or after May 1, 2019. Pretrial Services has been given a copy of this request. A hearing on this matter is not requested.

Dated: April 9, 2019

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    /s/ Rachelle Barbour
    RACHELLE BARBOUR
    Attorney for Defendant
    THOMAS BARNETT

| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Assistant Federal Defender |
| 3 | OFFICE OF THE FEDERAL DEFENDER |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Tel: 916-498-5700  Fax: 916-498-5710 |
| 5 | |
| 6 | Attorneys for Defendant |
| | THOMAS BARNETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-MJ-00046-EFB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER FOR |
| | ) | TRANSPORTATION PURSUANT TO 18 |
| v. | ) | U.S.C. §4285 |
| | ) | |
| THOMAS BARNETT, | ) | |
| | ) | Duty Judge:   Hon. Allison Claire |
| Defendant. | ) | |
| | ) | |

**TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:**

This is to authorize and direct you to furnish the above named defendant, THOMAS BARNETT, with transportation and subsistence expenses for travel from his residence in Sacramento California, to Norfolk Virginia, to timely make his court appearance at the Eastern District of Virginia on May 1, 2019 at 2:30 p.m.   Mr. Barnett will also need return transportation to his residence in Sacramento, California on or after May 1, 2019.

///

///

///

///

///

The United States Marshal must furnish Mr. Thomas Barnett with money for subsistence expenses to and from his destination, including any stay in the other judicial district, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: April 10, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE